JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY NOSEWORTHY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHAFFEY COMMUNITY COLLEGE DISTRICT, et al,<br><br>　　　　　Defendant. | Case No.: 5:20-cv-01142-JGB-SPx<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT** |

In accordance with the Court's Order Granting Defendants' Motion for Summary Judgment entered substantially contemporaneously, and good cause appearing, **IT IS HEREBY ORDERED:**

　　1.　Defendants' Motion for Summary Judgment (Dkt. No. 70) is **GRANTED** in its entirety.

　　2.　Final judgment be **ENTERED** in favor of Defendants on all causes of action asserted against them in Plaintiff's third amended complaint. Plaintiff shall take nothing by way of her third amended complaint.

　　3.　The Clerk of the Court is **DIRECTED** to close the case.

**IT IS SO ORDERED.**

Dated: August 10, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Jesus G. Bernal